UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-6031 PA (RAOx) | Date | October 13, 2026 |
| Title | M.B. v. Ramanbhai G. Bhakta, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On September 9, 2026, the Court ordered plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution because plaintiff had failed to serve defendants within the 90 day deadline established by Federal Rule of Civil Procedure 4(m). Plaintiff's counsel responded to that Order to Show Cause and explained that someone in counsel's office had not properly calendared the service deadline, but that plaintiff had promptly served defendants on September 16, 2026, after receiving the Court's Order to Show Cause.

Then, when no defendant timely responded, the Court, on October 8, 2026, issued a second Order to Show Cause for lack of prosecution. Plaintiff's counsel then filed a First Amended Complaint on October 9, 2026, which adds additional defendants. In plaintiff's response to the second order to show cause, plaintiff's counsel states that counsel for defendants Ramanbhai G. Bhakta and Shakuntlaben R. Bhakta (the "Bhaktas"), advised plaintiff's counsel that the Bhaktas had tendered their defense in this action to their insurer. Plaintiff's counsel agreed to the Bhaktas request for an extension until November 9, 2026, to appear. But the parties did not file a stipulation as required by Local Rule 8-3 extending the time for the Bhaktas to appear without the Court's approval. See also Local Rule 7-1 (explaining that other than a stipulation under Local Rule 8-3, "[s]tipulations will not be effective until approved by the judge . . . ."). Because the parties could have stipulated to an extension of time for the Bhaktas to respond to the Complaint of 30 days, the Court extends the deadline for the Bhaktas to respond to the Complaint to November 9, 2026.

Plaintiff's filing of a First Amended Complaint does not absolve plaintiff of its failures to comply with the Federal Rules of Civil Procedure or the Local Rules. Indeed, the filing of the First Amended Complaint on October 9, 2026, 23 days after service of the Summons and Complaint on the Bhaktas, is itself not in compliance with Federal Rule of Civil Procedure 15(a)(1)(A), which only allows a party to "amend its pleading once as a matter of course no later than . . . 21 days after serving it." Nor did plaintiff file the First Amended Complaint within 21

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-6031 PA (RAOx) | Date | October 13, 2026 |
| Title | M.B. v. Ramanbhai G. Bhakta, et al. | | |

days after service of a responsive pleading or Rule 12(b) motion as allowed by Rule 15(a)(1)(B) or pursuant to a stipulation and the Court's order as contemplated by Rule 15(a)(2). The Court therefore orders plaintiff to show cause in writing why the Court should not strike the First Amended Complaint. Plaintiff's response to the Order to Show Cause shall be filed by no later than October 22, 2026.

Plaintiff's counsel's failures have unnecessarily taxed the Court's limited resources. This Court should not have to issue an Order to Show Cause after the expiration of every deadline to get plaintiff's counsel to prosecute this action in a manner consistent with the Federal Rule of Civil Procedure. Even if the Court eventually allows for the filing of the First Amended Complaint, the Court notifies plaintiff that plaintiff will not have an additional 90 days to serve the newly added parties. The Court expects plaintiff's counsel to expeditiously prosecute this action. Future violations of the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders may result in the imposition of sanctions.

IT IS SO ORDERED.

___ : ___

Initials of Preparer ______